UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

## CHANGE OF MAILING ADDRESS FOR DEBTOR(S)

Name of Debtor(s) listed on the bankruptcy case:   CASE NO.: __14-17365__

George S Lippner   Chapter: __13__

1. This change of mailing address is requested by:  [✓] Debtor   [ ] Joint Debtor

2. **Old Address:**

   Name(s): George S Lippner

   Mailing Address: 352 Theodore St.

   City, State, Zip Code: Crest Hill, IL 60403

3. **New Address:**

   Mailing Address: 204 Walleye Cir,

   City, State, Zip Code: Wilmington, IL 60481

4. [ ] Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Notice program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices).

   Debtor's DeBN account number: _____

   Joint Debtor's DeBN account number: _____

   Date: __8/24/2017__   DAVID H CUTLER
   Requestor's printed name(s)

   _[signature]_
   Requestor's signature(s)

   Debtor's Attorney
   Title (if applicable, of corporate officer, partner or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Northern District of Illinois. August 2015

8/2015bgb