Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION

219 S. Dearborn Street, Room 713, Chicago, IL 60604

## CHANGE OF ADDRESS – **CREDITOR**

This form cannot be used to change the name of a creditor.

In re: __George S Lippner__   Case Number: __14-17365__

Chapter: __13__

Check which type of address change is being requested:

[✔] Notice only   [ ] Payment only   [ ] Notice & Payment

Creditor's Name: __Municipal Trust & Savings Bank__

Enter related claim number(s) if any:    Dollar Amount: $

Previous Notice Address:

c/o Steven P Troy

Troy & Associates

116 N Chicago St, Ste 202

Joliet, IL 60432

New Notice Address:

720 Main Street N.W.

Bourbonnais, IL 60914

Previous Payment Address:    New Payment Address:

Change requested by:
(Printed name and title)
      Mailing Address

Creditor Phone Number:
Creditor Email Address:
      Signature and Date  _[signature]_  5/13/19

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.